IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MITCHELL C. LOVE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-13-CA-587-FB |
| | § | |
| TI-ZACK CONCRETE, INC. and | § | |
| ROBERT CLAFFEY, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING AGREED MOTION TO DISMISS

Before the Court is the Agreed Motion to Dismiss filed by the parties on June 19, 2014 (docket #35).  Because all matters in controversy between the parties have been fully and finally resolved, the parties ask the Court to dismiss all claims asserted or that could have been asserted by Plaintiff Mitchell C. Love against Defendants Ti-Zack Concrete, Inc. and Robert Claffey be dismissed with prejudice and that costs be taxed against the party incurring same.  The Court finds the motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Agreed Motion to Dismiss (docket #35) is GRANTED and this case is DISMISSED WITH PREJUDICE with costs taxed against the party incurring same.  Motions pending, if any, are also DISMISSED, and this case is CLOSED.

It is so ORDERED.

SIGNED this 20th day of June, 2014.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE