IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MITCHELL C. LOVE, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. SA-13-CA-587-FB |
| TI-ZACK CONCRETE, INC. and ROBERT CLAFFEY, | § |
| Defendants. | § |

# J U D G M E N T

The Court considered the Judgment to be entered in the above styled and numbered cause. Pursuant to the Agreed Motion to Dismiss filed by the parties on June 19, 2014 (docket #35), and the Order Granting Agreed Motion to Dismiss of even date herewith;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is DISMISSED WITH PREJUDICE with all costs of court taxed against the party incurring same. Motions pending, if any, are also DISMISSED. IT IS FURTHER ORDERED that this case is CLOSED.

It is so ORDERED.

SIGNED this 20th day of June, 2014.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE